# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RAMONA HERRON                                                                  PLAINTIFF

V.                              NO. 3:15CV00373-JTR

CAROLYN W. COLVIN,                                                             DEFENDANT
Acting Commissioner,
Social Security Administration

## ORDER

Plaintiff, Ramona Herron, seeks judicial review of the administrative denial of her claims for Supplemental Security Income. *Doc. 2*. The Commissioner has filed an Unopposed Motion to Reverse and Remand for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g). *Doc. 15*. The Motion states that Herron's counsel was contacted and has no objection to the requested remand. *Id. at 2*. Under the circumstances, remand is appropriate.

IT IS THEREFORE ORDERED THAT the Commissioner's Unopposed Motion to Reverse and Remand, *Doc. 15*, is GRANTED. The Commissioner's prior decision is REVERSED and this matter is REMANDED for further administrative proceedings and issuance of a new decision. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 28th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE