**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RAMONA HERRON                                                                                  PLAINTIFF

V.                                     NO. 3:15CV00373-JTR

CAROLYN W. COLVIN,                                                                        DEFENDANT
Acting Commissioner,
Social Security Administration

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Ramona Herron, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 28th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE